**NEW CRIMINAL CASE COVER SHEET** **U. S. DISTRICT COURT**

*(To be used for **all** new Bills of Indictments and Bills of Information)*

**CASE SEALED: ( X ) Yes ( ) No DOCKET NUMBER:** 3:17CR 45 — MOC

*(If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME: USA vs. (1) OLEG KORNIEV, et al.**

**COUNTY OF OFFENSE : Mecklenburg**

**RELATED CASE INFORMATION :**

*Magistrate Judge Case Number* : ________________

*Search Warrant Case Number* : ________________

*Miscellaneous Case Number* : ________________

*Rule 20b* : ________________

**SERVICE OF PROCESS -** *Arrest Warrant*

**U.S.C. CITATIONS** (*Mark offense carrying greatest weight*): ☐ Petty ☐ Misdemeanor X☐ Felony

---

**JUVENILE :** ☐ **Yes** ☐ **No**

---

**ASSISTANT U. S. ATTORNEY :** Kevin Zolot

(Include Only if there are victims in the case)

**VICTIM / WITNESS COORDINATORS :** Shirley.Rutledge@usdoj.gov

Ulricia.Kennedy@usdoj.gov

---

**INTERPRETER NEEDED :** ________________

**LIST LANGUAGE AND/OR DIALECT:** ________________

**REMARKS AND SPECIAL INSTRUCTIONS:** Related to case 3:15cr59