FILED
Charlotte
Dec 19 2025
U.S. District Court
Western District of N.C.



RECEIVED
US MARSHALS SERVICE
2017 FEB 22 AM 11:51
WESTERN NORTH CAROLINA

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

United States of America
v.
(1) OLEG KORNIEV
a/k/a "FairPlay"
a/k/a "FP"
a/k/a "Ocean"
a/k/a "Gold"

*Defendant*

Case No. 3:17cr 45 — MOC

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* (1) OLEG KORNIEV ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

1. July 2014, in the Western District of North Carolina and elsewhere, the defendants, OLEG KORNIEV and SERGHEI IVANOVICH TOMUZ, did knowingly and intentionally conspire and agree with each other and others known and unknown to the Grand Jury to commit offenses against the United States in violation of 18 U.S.C. §§ 1956 and 1957

Date: 2/21/17

*Issuing officer's signature*

City and state: CHARLOTTE, NORTH CAROLINA

FRANK G. JOHNS, CLERK OF COURT

*Printed name and title*

**Return**

This warrant was received on *(date)* 2-22-2017 , and the person was arrested on *(date)* 12-18-2025
at *(city and state)* Charlotte, NC .

Date: 12/18/2025

*Arresting officer's signature*

C Estrada DUSM

*Printed name and title*